CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2013

JULIA C. _____, CLERK
BY:
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| MILTON BRANHAM, | ) | CASE NO. 7:13CV00430 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | FINAL ORDER |
| v. | ) |  |
|  | ) |  |
| LYNCHBURG ADULT DETENTION CENTER, | ) | By: Glen E. Conrad |
|  | ) | Chief United States District Judge |
| Defendant. | ) |  |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

**ENTER**: This 30th day of September, 2013.

/s/ Glen E. Conrad
Chief United States District Judge